## UNITED STATES of America, Appellant, v. ATLANTIC COAST LINE RAILROAD COMPANY, a Corporation, Appellee.

### No. 5428.

Circuit Court of Appeals, Fourth Circuit.

Dec. 13, 1945.

Hubert H. Margolies, Atty., Department of Justice, of Washington, D. C. (John F. Sonnett, Asst. Atty. Gen., Harry H. Holt, U. S. Atty., of Hampton, Va., John V. Cogbill, Asst. U. S. Atty., of Washington, D. C., and Frederick Chait and Irvin M. Gottlieb, Attys., Department of Justice, both of Washington, D. C., on the brief), for appellant.

Thomas W. Davis, of Wilmington, N. C. (J. M. Townsend, of Petersburg, Va., and Denny, Valentine & Davenport, of Richmond, Va., on the brief), for appellee.

Before SOPER and DOBIE, Circuit Judges, and BARKSDALE, District Judge.

DOBIE, Circuit Judge.

The facts in this case and the question arising on these facts differ in no essential respects from the facts and the question involved in United States v. Powell and Anderson, Receivers of the Seaboard Air Line Railway Company, 152 F.2d 228. The two causes, though not formally consolidated, were argued before us together.

For the reasons set out in our opinion in the Seaboard case, the judgment of the District Court is affirmed.

Affirmed.